DANIEL J. BRODERICK, Bar #89424
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JAMES ERIC SCHEIDT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:07-cr-00293 AWI |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE AND MOTION FILING SCHEDULE; ORDER THEREON |
| v. | |
| JAMES ERIC SCHEIDT, | Date:  April 14, 2008<br>Time:  9:00 a.m. |
| Defendant. | Judge: Honorable Anthony W. Ishii |

IT IS HEREBY STIPULATED by and between the parties hereto and through their respective counsel, DAVID L. GAPPA, Assistant United States Attorney, counsel for plaintiff, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for defendant James Eric Scheidt, that the Status Conference set for February 19, 2008 may be continued to April 14, 2008 at 9:00 a.m.  It is further stipulated that a new motion filing schedule may be set.  Motions may be filed on or before March 17, 2008, and any response or opposition may be filed on or before April 7, 2008.  **The date currently set for status conference is February 19, 2008.  The requested new date is April 14, 2008.**

This request is made to allow time for investigation further efforts to reach a negotiated settlement in this matter.  The parties agree that the delay resulting from the continuance shall be excluded as necessary for effective defense preparation pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv), and ///
for the filing of additional pretrial motions and ruling thereon pursuant to 18 U.S.C. §§ 3161(h)(1)(F).

```
                                              McGREGOR W. SCOTT
                                              United States Attorney

DATED: February 14, 2008              By   /s/ David L. Gappa
                                              DAVID L. GAPPA
                                              Assistant U.S. Attorney
                                              Attorney for Plaintiff


                                              DANIEL J. BRODERICK
                                              Federal Defender

DATED: February 14, 2008              By  /s/ Eric V. Kersten
                                              ERIC V. KERSTEN
                                              Assistant Federal Defender
                                              Attorney for Defendant
                                              JAMES ERIC SCHEIDT
```

## O R D E R

**IT IS SO ORDERED.** The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(1)(F) and 3161(h)(8)(B)(iv).

IT IS SO ORDERED.

**Dated:   February 15, 2008**             /s/ Anthony W. Ishii
                                          UNITED STATES DISTRICT JUDGE

Stipulation to Continue Status
Conference and Motion Schedule

2