1   DANIEL J. BRODERICK, Bar #89424
Federal Defender
2   ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
3   Designated Counsel for Service
2300 Tulare Street, Suite 330
4   Fresno, California  93721-2226
Telephone: (559) 487-5561
5
Attorney for Defendant
6   JAMES ERIC SCHEIDT

7

8                   IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,            )   No. 1:07-cr-00293 AWI
                                          )
12             *Plaintiff*,               )   STIPULATION TO CONTINUE STATUS
                                          )   CONFERENCE AND ORDER THEREON
13        v.                              )
                                          )   Date:  May 27, 2008
14   JAMES ERIC SCHEIDT,                  )   Time:  9:00 a.m.
                                          )   Judge: Honorable Anthony W. Ishii
15             *Defendant*.               )
                                          )
16   _____        )

17

18        IT IS HEREBY STIPULATED by and between the parties hereto and  through their respective

19   counsel, DAVID L. GAPPA, Assistant United States Attorney, counsel for plaintiff, and ERIC V.

20   KERSTEN, Assistant Federal Defender, counsel for defendant, James Eric Scheidt, that the Status

21   Conference scheduled for April 14, 2008 may be continued to May 27, 2008 at 9:00 a.m., or the soonest

22   date thereafter that is convenient to the court. **The date currently set for status conference is April 14,**

23   **2008.  The requested new date is May 27, 2008.**

24        This request is made to allow time for additional defense investigation and further efforts to reach

25   a negotiated settlement in this matter.

26   ///

27   ///

28   ///

1    The parties agree that the delay resulting from the continuance shall be excluded as necessary for

2    effective defense preparation pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

3

4                                                                    McGREGOR W. SCOTT
                                                                     United States Attorney

5

6    DATED: April 10, 2008                              By   /s/ David L. Gappa
                                                             DAVID L. GAPPA

7                                                            Assistant U.S. Attorney
                                                             Attorney for Plaintiff

8

9

10                                                                   DANIEL J. BRODERICK
                                                                     Federal Defender

11

12   DATED: April 10, 2008                         `     By   /s/ Eric V. Kersten
                                                             ERIC V. KERSTEN

13                                                           Assistant Federal Defender
                                                             Attorney for Defendant

14                                                           James Eric Scheidt

15

16

17

18                                      **O R D E R**

19       **IT IS SO ORDERED.** The intervening period of delay is excluded in the interests of justice

20   pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

21

22   IT IS SO ORDERED.

23   **Dated:    April 11, 2008**                        /s/ Anthony W. Ishii
                                                         UNITED STATES DISTRICT JUDGE

24

25

26

27

28

Stipulation to Continue Status Conference

2