DANIEL J. BRODERICK, Bar #89424
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JAMES ERIC SCHEIDT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JAMES ERIC SCHEIDT, <br><br> *Defendant.* | No. 1:07-cr-00293 AWI <br><br> STIPULATION TO CONTINUE STATUS CONFERENCE AND ORDER THEREON <br><br> Date: June 30, 2008 <br> Time: 9:00 a.m. <br> Judge: Honorable Anthony W. Ishii |

IT IS HEREBY STIPULATED by and between the parties hereto and through their respective counsel, DAVID L. GAPPA, Assistant United States Attorney, counsel for plaintiff, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for defendant, James Eric Scheidt, that the Status Conference scheduled for May 27, 2008 may be continued to June 30, 2008 at 9:00 a.m., or the soonest date thereafter that is convenient to the court. **The date currently set for status conference is May 27, 2008. The requested new date is June 30, 2008.**

This request is made to allow time for additional defense investigation and to consider a proposed plea agreement.

///

///

///

1  The parties agree that the delay resulting from the continuance shall be excluded as necessary for effective
2  defense preparation pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

|  |  |
|---|---|
|  | McGREGOR W. SCOTT<br>United States Attorney |
| DATED: May 21, 2008 | By  /s/ David L. Gappa<br>DAVID L. GAPPA<br>Assistant U.S. Attorney<br>Attorney for Plaintiff |
|  | DANIEL J. BRODERICK<br>Federal Defender |
| DATED: May 21, 2008 | By  /s/ Eric V. Kersten<br>ERIC V. KERSTEN<br>Assistant Federal Defender<br>Attorney for Defendant<br>James Eric Scheidt |

### O R D E R

**IT IS SO ORDERED.** The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

IT IS SO ORDERED.

**Dated:   May 23, 2008**              /s/ Anthony W. Ishii
                                        UNITED STATES DISTRICT JUDGE

Stipulation to Continue Status Conference

2