1

2

3

4

5                      IN THE UNITED STATES DISTRICT COURT

6                  FOR THE EASTERN DISTRICT OF CALIFORNIA

7

8   UNITED STATES OF AMERICA,              )   No. 1:07-cr-00293 AWI
                                           )
9              *Plaintiff*,                )   ORDER GRANTING DEFENDANT'S
                                           )   REQUEST FOR NEW COUNSEL
10      v.                                 )
                                           )   Judge: Honorable Anthony W. Ishii
11  JAMES ERIC SCHEIDT,                    )
                                           )
12             *Defendant*.                )
                                           )
13  _____ )

14        This matter came on before the court for hearing on July 21, 2008.  At that time the court

15  determined that conflict and a breakdown in communication between the defendant and counsel, Assistant

16  Federal Defender Eric V. Kersten,  required the appointment of new counsel.

17        **GOOD CAUSE APPEARING, IT IS HEREBY ORDERED**, that the Office of the Federal

18  Defender shall be relieved of further representation of Defendant James Eric Scheidt.  CJA panel counsel

19  shall be appointed to represent Mr. Scheidt in all further proceedings in this matter.

20

21  IT IS SO ORDERED.

22  **Dated:    July 24, 2008**                        **/s/ Anthony W. Ishii**
                                               CHIEF UNITED STATES DISTRICT JUDGE
23

24

25

26

27

28