STEPHEN MENSEL
Attorney at Law, Cal. Bar No. 55926
1221 Van Ness Ave., Suite 305
Fresno, CA 93721.1720
Telephone: 559.237.2600

Counsel for Defendant
JAMES ERIC SCHEIDT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES ERIC SCHEIDT,<br><br>Defendant. | Case No.  1:07CR00293 AWI<br><br>STIPULATION AND ORDER FOR CONTINUANCE |

It is hereby stipulated that the date for sentencing be continued from **December 8, 2008**, **9:00** a.m., to **January 5, 2009**, **9:00 a.m.** The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including the need for time for effective assistance of counsel pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(B)(iv).

DATED: 12/5/08   /s/Stephen Mensel
STEPHEN MENSEL
Attorney for Defendant

DATED: 12/5/08   McGREGOR W. SCOTT, United States Attorney

/s/
By DAVID GAPPA
Assistant United States Attorney

**ORDER**

IT IS SO ORDERED.

**Dated:   December 3, 2008**           /s/ Anthony W. Ishii
                                   CHIEF UNITED STATES DISTRICT JUDGE