IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.  1:07CR00293 AWI |
| Plaintiff, | ) AMENDED STIPULATION AND ORDER ) FOR CONTINUANCE |
| vs. | ) |
| JAMES ERIC SCHEIDT, | ) |
| Defendant. | ) |

It  is  hereby stipulated that the date  for  status conference be continued from **December 8, 2008**, 9:00 a.m.,  to **January 5, 2009,  9:00 a.m.** The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including the need for time for effective assistance of counsel pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(B)(iv).

DATED: 12/5/08                    /s/Stephen Mensel
                                 STEPHEN MENSEL
                                 Attorney for Defendant


DATED: 12/5/08                    McGREGOR W. SCOTT, United States Attorney

                                 /s/ David Gappa
                                 By DAVID GAPPA
                                 Assistant United States Attorney


## ORDER

IT IS SO ORDERED.


**Dated:    December 19, 2008            _____/s/ Anthony W. Ishii_____**

                                 CHIEF UNITED STATES DISTRICT JUDGE