STEPHEN MENSEL
Attorney at Law, Cal. Bar No. 55926
1221 Van Ness Ave., Suite 305
Fresno, CA 93721.1720
Telephone: 559.237.2600

Counsel for Defendant
JAMES ERIC SCHEIDT

# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 1:07-CR-00293-AWI |
| Plaintiff, ) | STIPULATION AND ORDER FOR CONTINUANCE |
| v. ) | |
| JAMES ERIC SCHEIDT, ) | |
| Defendant. ) | |

It is hereby stipulated that the date for sentencing be continued from October 13, 2008, 9:00 a.m., to November 9, 2009, 9:00 a.m. The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including the need for time for effective assistance of counsel pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(B)(iv).

DATED: 10/8/09          /s/Stephen Mensel
                        STEPHEN MENSEL
                        Attorney for Defendant

DATED: 10/8/09          McGREGOR W. SCOTT, United States Attorney

                        /s/ David Gappa
                        By DAVID GAPPA
                        Assistant United States Attorney

## ORDER

IT IS SO ORDERED.

**Dated:   October 9, 2009**              **/s/ Anthony W. Ishii**
                                CHIEF UNITED STATES DISTRICT JUDGE