1  STEPHEN MENSEL
   Attorney at Law, Cal. Bar No. 55926
2  1221 Van Ness Ave., Suite 305
   Fresno, CA 93721.1720
3  Telephone: 559.237.2600

4  Counsel for Defendant
   JAMES ERIC SCHEIDT
5

## IN THE UNITED STATES DISTRICT COURT FOR THE

## EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:07-CR-00293-AWI |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER FOR CONTINUANCE |
| v. | ) | |
| JAMES ERIC SCHEIDT, | ) | |
| Defendant. | ) | |

It is hereby stipulated that the date for sentencing be continued from November 9, 2009, 9:00 a.m., to December 7, 2009, 9:00 a.m. The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including the need for time for effective assistance of counsel pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(B)(iv).

DATED: 11/05/09        /s/Stephen Mensel
                       STEPHEN MENSEL
                       Attorney for Defendant

DATED: 11/05/09        LAWRENCE G. BROWN, Acting United States Attorney

                       /s/ David Gappa
                       By DAVID GAPPA
                       Assistant United States Attorney

## ORDER

IT IS SO ORDERED.

**Dated:   November 5, 2009**            /s/ Anthony W. Ishii
                                         CHIEF UNITED STATES DISTRICT JUDGE