```
BENJAMIN B. WAGNER
United States Attorney
BRIAN W. ENOS
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for
 the United States of America
```

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                 )<br>            Plaintiff,           )<br>                                 )<br>      v.                         )<br>                                 )<br>                                 )<br> JAMES ERIC SCHEIDT,             )<br>                                 )<br>                                 )<br>            Defendant.           )<br>_____) | 1:07-cr-00293 AWI/DLB<br><br>**STIPULATION TO HOLD FEBRUARY 13, 2012 POST-REMAND STATUS CONFERENCE;  ORDER**<br><br>Date: April 9, 2012<br>Time: 10:00 a.m.<br>Ctrm: 2<br>    Hon. Anthony W. Ishii |

    On January 4, 2012, the Ninth Circuit vacated defendant's sentence and remanded the case back to district court to address unresolved issues attendant to the same. (App. Doc. 34). Pursuant to this remand, this court scheduled a status conference to take place before Judge Ishii on Monday, February 13, 2012, ultimately at 10:00 a.m. (Docs. 62 and 63).  Since this time, new counsel for both defendant and the government have been assigned to this case.  As a result, more time is needed to analyze relevant file documents, contact defendant, contact government agents, as well as formulate a case strategy from this point forward.

1

**STIPULATION TO HOLD FEBRUARY 13, 2012 POST-REMAND STATUS CONFERENCE; ORDER**

Accordingly, **THE PARTIES TO THIS ACTION STIPULATE**, through their respective attorneys of record, to continuing the Monday, February 13, 2012 status conference to Monday, April 9, 2012.

```
                                BENJAMIN B. WAGNER
                                United States Attorney

Dated: February 7, 2012         By: /s/ Brian W. Enos_____
                                BRIAN W. ENOS
                                Assistant U.S. Attorney


                                (As auth. 2/8/12)
Dated: February 8, 2012          /s/ Francine Zepeda
                                FRANCINE ZEPEDA
                                Attorney for James Eric Scheidt
```

**ORDER**

IT IS SO ORDERED.

Dated:  ____February 8, 2012____    _____
                                    CHIEF UNITED STATES DISTRICT JUDGE