1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  FRANCINE ZEPEDA, Bar #091175
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  JAMES ERIC SCHEIDT

7

8               IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )
                                     )   No. 1:07-cr-0293 AWI
12            *Plaintiff*,           )
                                     )   **STIPULATION AND ORDER CONTINUING**
13       v.                          )   **STATUS CONFERENCE**
                                     )
14  JAMES ERIC SCHEIDT,              )   DATE:    June 18, 2012
                                     )   TIME:    10:00 A.M.
15            *Defendant*.           )   JUDGE: Hon. Anthony W. Ishii
   _____  )

16

17       **IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective

18  counsel of record herein, that the Status Conference in the above captioned matter, now scheduled for May

19  14, 2012, may be continued to **June 18, 2012, at 10:00 a.m.**

20       The reason for this continuance is to allow counsel time to discuss case with client who is currently

21  incarcerated at USP Marion, Marion, IL.  The requested continuance will conserve time and resources for

22  both counsel and the court.

23

24                                        BENJAMIN B. WAGNER
                                          United States Attorney
25

26  Dated: May 11, 2012                   */s/ Brian W. Enos*
                                          BRIAN W. ENOS
27                                        Assistant United States Attorney
                                          Attorney for Plaintiff
28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DANIEL J. BRODERICK
Federal Defender

Dated: May 11, 2012

*/s/ Francine Zepeda*
FRANCINE ZEPEDA
Assistant Federal Defender
Attorney for Defendant

**O R D E R**

IT IS SO ORDERED.

Dated:    May 11, 2012

_____
CHIEF UNITED STATES DISTRICT JUDGE

Stipulation to Continue Status
Conference Hearing; Order

2